TOBE WILLIAMS v. THE STATE.

No. 4997.  Decided April 17, 1918.

**Murder—Death Penalty—Motion for New Trial.**

Where, upon an appeal from a conviction of murder assessing the death penalty, the two grounds of the motion for new trial relating to questions of fact were in no way verified, the judgment must be affirmed in the absence of a statement of facts and bills of exception.

Appeal from the District Court of Wharton. Tried below before the Hon. Sam'l J. Styles.

Appeal from a conviction of murder; penalty, death.

The opinion states the case.

No brief on file for appellant.

*E. B. Hendricks,* Assistant Attorney General, for the State.

DAVIDSON, Presiding Judge.—This is a death penalty conviction for murder. The record is before us without statement of facts or bill of exceptions. The two grounds of the motion for new trial relate to questions of fact, but are in no way verified. The matters are stated as grounds in the motion for new trial, but there is nothing in the record to support either ground, the facts bearing upon these questions not having been prepared and sent with the record.

The judgment, therefore, will be affirmed.

*Affirmed.*

PRENDERGAST, Judge, absent.